McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KARI L. RICCI
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2810

IN THE UNITED DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>         Plaintiff,         )<br>                            )<br>    v.                      )<br>                            )<br>JOHNNY R. SPARKS,           )<br>                            )<br>         Defendant.         )<br>                            )<br>_____) | Mag. No. 07-374 DAD<br><br>GOVERNMENT'S MOTION TO DISMISS<br>WITH PREJUDICE AND ORDER<br><br>DATE:    February 6, 2008<br>TIME:    9:00 a.m.<br>JUDGE:   Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order Dismissing with Prejudice Mag. No. 07-374 DAD.

DATED: December 19, 2007        McGREGOR W. SCOTT
                                United States Attorney


                                By: /s/Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney

                O R D E R

IT IS SO ORDERED:

DATED: December 19, 2007.


                                _____
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminalsparks0374.dism